**Order entered February 14, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00082-CV

## IN RE ARLENE PEREZ-MERINO, Relator

### Original Proceeding from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-05597

## ORDER
Before Justices Schenck, Reichek, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We also **DENY** relator's January 28, 2022 motion for leave to file a petition for writ of mandamus.

/s/     AMANDA L. REICHEK
JUSTICE